■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANTOS QUINONES, Appellant.—Judgment, Supreme Court, Bronx County (Howard Goldfluss, J.), rendered on April 6, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Asch, Kassal and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD RODRIGUEZ, Appellant.—Two judgments of the Supreme Court, New York County (Frederic Berman, J.), both rendered on May 11, 1983, unanimously affirmed. The application to withdraw is denied. No opinion. Concur—Ross, J. P., Asch, Fein, Milonas and Ellerin, JJ.

■ In the Matter of MITCHELL PROSS, Appellant, v NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County (Arthur Blyn, J.), entered on July 17, 1984, unanimously affirmed for the reasons stated by Arthur Blyn, J., at Special Term, without costs and without disbursements, and the appeal from the order and judgment (one paper) of said court, entered on July 6, 1984, is unanimously dismissed as having been subsumed in the appeal from the order and judgment (one paper) entered on July 17, 1984, without costs and without disbursements. Concur—Sullivan, J. P., Asch, Fein, Kassal and Ellerin, JJ.